# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Xunhui Cheng and Kelin Cai, on behalf of himself and all others similarly situated, | CASE NO. 4:20-cv-01726-RBH |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO AMEND COMPLAINT** |
| Dan Liu; Founders Group International, LLC; Founders National Golf, LLC; Founders Aberdeen, LLC; Founders Development, LLC; Founders BRGC, LLC; Founders GCC, LLC; Founders Golf Management, LLC; Founders IWGC, LLC; Founders RHGC, LLC; Founders Tradition, LLC; Founders Wild Wing, LLC; Atlantic Development Company, LLC; Atlantic Coast Funding, LLC; Wild Wing Land and Development, LLC; Offshore Captain, LLC; D & C International Holdings, LLC; Founders Bluewater, LLC; and Founders Events, LLC, | |
| Defendants. | |

You will please take notice the undersigned moves the Court for an order allowing Plaintiffs to amend their Complaint pursuant to FRCP 15(2) which provides in pertinent part "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires."

Plaintiffs believe that an amendment is consistent with the Federal Rules. This litigation has just started. Also, no discovery has been conducted. Further, there is no prejudice to the

Defendants because there has been no delay in filing this motion to amend. Finally, the proposed amended complaint simply adds causes of action and additional facts. (Plaintiffs have attached a copy of the proposed amended complaint.) In sum, there is no unfair advantage or prejudice to the Defendants by allowing an amendment.

The standard for granting a motion to amend is liberal. In practice, the burden is usually on the party opposing the amendment to demonstrate why the amendment should not be permitted. See *Foman v. Davis*, 371, U.S. 178, 83 S. Ct. 227, 9 L.Ed.2d 222 (1962). Also, this court takes a liberal approach to allowing such amendment.

WHEREFORE, Plaintiffs move the court to allow the amended pleading and for such other and further relief as the court may deem just, necessary and proper.

Respectfully submitted,

*s/ Gene M. Connell, Jr.*
Gene M. Connell, Jr. (Fed. Bar No. 236)
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina  29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net

*s/ Reese R. Boyd, III*
Reese R. Boyd, III  (Fed. Bar No.9212)
**Davis & Boyd LLC**
Post Office Box 70517
Myrtle Beach, SC  29572
(843) 839-9800
(843) 839-9801 (*fax*)
reese@davisboydlaw.com

June 2, 2020                              **Attorneys for Plaintiffs**

<u>RULE 7.02 CERTIFICATION</u>

The attorney below hereby certifies that either:

____    A.    He/She has communicated, orally or in writing, with opposing counsel and has attempted in good faith to resolve the matter contained in the motion; or

  X     B.    Such consultation would serve no useful purpose, or could not be timely held; or

____    C.    Due to the nature of the motion, there is no duty to consult opposing counsel in that this is a motion:

        ____   a.   To dismiss.
        ____   b.   For summary judgment.
        ____   c.   For new trial or judgment as a matter of law.
        ____   d.   Other similar dispositive motions.
        ____   e.   Motions filed in real estate mortgage foreclosure cases.
        ____   f.   Motion to stay under Local Civ. Rule 1600(C) (D.S.C.).

*s/ Gene M. Connell, Jr.*
Gene M. Connell, Jr. (Fed. Bar No. 236)
The Courtyard, Suite 209
1500 U.S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina  29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net

*s/ Reese R. Boyd, III*
Reese R. Boyd, III  (Fed. Bar No.9212)
**Davis & Boyd LLC**
Post Office Box 70517
Myrtle Beach, SC  29572
(843) 839-9800
(843) 839-9801 (*fax*)
reese@davisboydlaw.com

June 2, 2020                                         **Attorneys for Plaintiffs**